# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0061.  AKETHOMAS v. AKETHOMAS.

Upon consideration of Tunde Akethomas' Rule 40 (b) Emergency Motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/23/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*